JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

### CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use **only** in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**

First Listed Plaintiff:
United States of America ;
**County of Residence:** Outside This District

Additional Plaintiff(s):
State of Colorado ;
State of Oklahoma ;
State of Missouri ;
State of Kansas ;
State of Illinois ;
State of Montana ;
State of Tennessee ;
Eastern Shawnee Tribe of Oklahoma ;
Ottawa Tribe of Oklahoma ;
Peoria Tribe of Indians of Oklahoma ;
Seneca-Cayuga Nation ;
Wyandotte Nation ;
Miami Tribe of Oklahoma ;
Cherokee Nation ;

**Defendant(s):**

First Listed Defendant:
Blue Tee Corp. ;
**County of Residence:** Outside This District

Additional Defendants(s):
Brown Strauss, Inc. ;
David P. Alldian ;
Richard A. Secrist ;
William M. Kelly ;

**County Where Claim For Relief Arose:** Jasper County

**Plaintiff's Attorney(s):**

Senior Attorney David L. Dain ( United States of America)
U.S. Dep't of Justice
999 18th St.
Denver, Colorado 80202
**Phone:** 303-844-7371
**Fax:** 303-844-1500
**Email:** David.Dain@usdoj.gov

Assistant U.S. Attorney Charles M. Thomas ( United States)
U.S. Dep't of Justice
400 East Ninth Street
Kansas City, Missouri 64106
**Phone:** 816-426-3130
**Fax:**
**Email:** Charles.Thomas@usdoj.gov

**Defendant's Attorney(s):**

Senior Assistant Attorney General David Banas ( State of Colorado)
Colorado Department of Law
1300 Broadway
Denver, Colorado 80203
**Phone:** 720-508-6284
**Fax:** 720-508-6039
**Email:** David.Banas@coag.gov

Special Assistant Attorney General Kate Gleeson ( State of Kansas)
Kansas Department of Health and Environment
1000 SW Jackson, Suite 560
Topeka, Kansas 66612
**Phone:** (785) 296-1607
**Fax:** (785) 296-4272
**Email:** kate.gleeson@ks.gov

Chief Andrew B. Armstrong ( State of Illinois)
Environmental Bureau South, Illinois Attorney General's Office
500 South Second Street
Springfield, Illinois 62706
**Phone:** 217-782-9031
**Fax:**
**Email:** aarmstrong@atg.state.il.us

Assistant Attorney General Mary A. Long ( State of Missouri)

Missouri Attorney General's Office
815 N. Olive Street
St. Louis, Missouri 63188
**Phone:** (314) 340-7882
**Fax:**
**Email:** Mary.Long@ago.mo.gov

Assistant Attorney General Katherine M. Hausrath ( State of Montana)
Montana Department of Justice
1720 Ninth Avenue
Helena, Montana 59620
**Phone:** 406-444-0290
**Fax:**
**Email:** KHausrath@mt.gov

Special Assistant Attorney General Jonathan Morgan ( State of Montana)
Montana Department of Environmental Quality
1225 Cedar Street
Helena, Montana 59620
**Phone:** 406-444-6589
**Fax:**
**Email:** JMorgan3@mt.gov

Assistant Attorney General Jennifer L. Lewis ( State of Oklahoma)
Oklahoma Office of the Attorney General
313 NE 21st Street
Oklahoma City, Oklahoma 73105
**Phone:** 405-522-3109
**Fax:**
**Email:** Jennifer.Lewis@oag.ok.gov

Senior Assistant Attorney General Wilson S. Buntin ( State of Tennessee)
Tennessee Attorney General's Office
P.O. Box 20207

Nashville, Tennessee 37202
**Phone:** (615) 253-5118
**Fax:**
**Email:** wilson.buntin@ag.tn.gov

Special Counsel for the Tribes Brian J. Cleary ( Eastern Shawnee Tribe of Oklahoma ; Ottawa Tribe of Oklahoma ; Peoria Tribe of Indians of Oklahoma ; Seneca-Cayuga Nation ; Wyandotte Nation ; Miami Tribe of Oklahoma ;Cherokee Nation) The Cleary Law Group, P.C.
9030 N. Hess St., #362
Hayden, Idaho 83835
**Phone:** (208) 762-1081
**Fax:**
**Email:** brian@clearylawgroup.com

Senior Counsel Katherine L. Matthews ( United States of America)
U.S. Dep't of Justice
999 18th St.
Denver, Colorado 80202
**Phone:** 303-844-1365
**Fax:**
**Email:** Kate.Matthews@usdoj.gov

**Basis of Jurisdiction:** 1. U.S. Government Plaintiff

**Citizenship of Principal Parties** (Diversity Cases Only)

  **Plaintiff:** N/A

  **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 893 Environmental Matters

**Cause of Action:** Plaintiffs bring this action under Sections 106, and 107(a) and (f), of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 ("CERCLA"), 42 U.S.C. §§ 9606, 9607(a) & (f), against defendants Blue Tee Corp. ("Blue Tee"), and Brown Strauss, Inc. ("Brown Strauss") ("the Corporate Defendants"). The United States also brings this action under the Federal Debt Collection Procedures Act ("FDCPA"), 28 U.S.C. § 3304(a)(2), against defendant Blue Tee and defendants David P. Alldian, Richard A. Secrist, and William M. Kelly ("the Individual Defendants").

**Requested in Complaint**

  **Class Action:**  Not filed as a Class Action

  **Monetary Demand (in Thousands):**

  **Jury Demand:**  No

  **Related Cases:**  Is NOT a refiling of a previously dismissed action

---

**Signature:** David L. Dain

**Date:** 10/31/2018

# Missouri Western Civil Cover Sheet

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.